IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Brad J. Sadek, Esquire
Sadek Law Offices
701 East Gate Drive #129
Mount Laurel, NJ 08054
856-890-9003
Attorneys for Debtor

In Re:

**Brian S Casto, Jr.**
**Kathleen V Giovanelli**

**Debtor**

Case No.:    **23-15745**

Chapter:    **13**

Hearing Date:

Judge:    **ABA**

## ATTORNEY'S CERTIFICATION IN SUPPORT OF SUPPLEMENTAL CHAPTER 13 FEES

I, Brad J. Sadek, Esquire, hereby certify as follows:

1. I represent the debtors, Brian S Casto, Jr. and Kathleen V Giovanelli, in this Chapter 13 Bankruptcy.

2. The service rendered for this fee application was the defense of the Motion for Relief from Stay filed on behalf of Freedom Mortgage Corporation with the hearing date of March 19, 2024.

3. The compensation requested is a flat fee of $400.00 for this service.

Date: June 17, 2024                /s/Brad J. Sadek
                                   Brad J. Sadek, Esquire