# Exhibit A

| Attorney | Date | Services Rendered | Time |
|---|---|---|---|
| JDW | 02/22/2024 | Receipt and review Motion for Relief from Stay filed by mortgage company and forward to client | 0.2 |
| JDW | 03/01/2024 | Telephone call with client re: Motion for Relief; draft Opposition and forward to client for review and signatures | 0.4 |
| JDW | 03/28/2024 | Telephone call with client re: mortgage payments prior to Motion for Relief hearing | 0.4 |
| JDW | 04/23/2024 | Emails to client and mortgage company's attorney to resolve Motion for Relief | 0.2 |
| | | | **1.2** |

JDW – Jeanie D. Wiesner, Esquire -- $335.00/hour

$335.00/hour x 1.2 = $402.00